# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 11-20551–41

COREY WILLIAMS,

    Defendant.
_____/

## ORDER SETTING HEARING, SENTENCING, AND OTHER DEADLINE DATES

The Defendant, the Government, or both having filed one or more substantive objections to the Presentence Report to which there has been no response, the court notes that it has earlier ordered as follows:

> When a party has presented a material objection that has not been accepted by the Probation Officer and remains for resolution by the court, **any opposition must expressed in writing whether or not the court specifically orders a response**.

See, Order of April 23, 2014 [Dkt # 717] (emphasis added).

**IT IS ORDERED** that each party must respond to the other party's objection(s) not later than **November 21, 2014.** Each party must give notice therein of any witness intended to be called in support of any position taken or rebutted, and provide the court **in advance** any documentary evidence to be relied upon.

The hearing on objections will occur **Wednesday, December 10, 2014 at 3:00 pm**. Sentencing may follow immediately, depending on the extent of the hearing.

Date:   October 30, 2014

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                United States District Judge