**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

                                         Case No. 11-20551

COREY WILLIAMS,

                  Defendant.

_____/

**OPINION AND ORDER DENYING DEFENDANT'S**
**MOTION FOR RECONSIDERATION**

On June 22, 2020, the court denied Defendant's motion for compassionate

release based on Defendant's failure to exhaust his administrative remedies before

filing. The court also denied Defendant's motion on its merits. (ECF No. 1836,

PageID.18580–82.) Defendant now moves to reconsider its denial of that motion. (ECF

No. 1869.)

In the instant motion, Defendant repeats his earlier arguments that his medical

conditions justify his release in light of the present COVID-19 pandemic and that the

sentencing factors outlined under 18 U.S.C. § 3553 weigh in favor of his early release.

However, Defendant does not argue that he has exhausted his administrative remedies.

Instead, Defendant asserts that the court should waive the administrative exhaustion

requirement. (ECF No. 1869, PageID.1865.) But as the court explained in its previous

order, the court cannot consider a motion for compassionate release until a defendant

fully exhausts the BOP's administrative remedies and, in light of *United States v. Alam*,

960 F.3d 831, 835 (6th Cir. 2020), the court lacks any discretion to waive the mandatory

exhaustion requirement. (ECF No. 1863, PageID.18581.) Defendant presents no facts or evidence that change the court's earlier analysis, nor does Defendant point to a "palpable defect" by which the court and the parties have been "misled" which would justify reconsideration. E.D. Mich. L.R. 7.1(h)(3). Accordingly,

IT IS ORDERED that Defendant's motion for reconsideration (ECF No. 1869) is DENIED.

s/Robert H. Cleland                              /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 29, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 29, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Criminal\11-20551.WILLIAMS.deny.reconsideration.HEK_RHC.docx